IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES RICHARDS,

    Plaintiff,

v.                                                                                                  No. 23-cv-159-MV-KRS

THE BOARD OF COMMISSIONERS OF
BERNALILLO COUNTY, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Plaintiff's Amended Prisoner Complaint for Violations of Civil Rights (Doc. 2). To prosecute this case, Plaintiff must prepay the $402 civil fee, or alternatively, file a motion to proceed *in forma pauperis* within thirty (30) days of entry of this Order. *See* 28 U.S.C. § 1915(a)(2). Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions between August 23, 2022, 2022 and February 23, 2023. All filings must include the case number (23-cv-159-MV-KRS). The failure to timely prepay the filing fee or file an *in forma pauperis* motion that includes an inmate account statement will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement reflecting transactions between August 23, 2022, 2022 and February 23, 2023.

_____
UNITED STATES MAGISTRATE JUDGE